IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-112-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS HERNANDEZ-ESPINOZA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's pending motion [D.E. 137] not later than

April 4, 2022.

SO ORDERED. This _9_ day of March, 2022.


JAMES C. DEVER III
United States District Judge